

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  |  |  |
|---|---|---|
| § | | No. 08-16-00128-CV |
| IN RE: | § | |
| | § | AN ORIGINAL PROCEEDING |
| TIFFANY SUZANNE WALLIS, | § | IN MANDAMUS |
| Relator. | § | |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's motion to dismiss and concludes the motion should be granted and the original proceeding should be dismissed. We therefore dismiss the original proceeding. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JULY, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.